## No. 8706.
### Thomas A. Madden vs. Henry T. Lawler.

This case presents only questions of fact.

## No. 8987.
### J. W. Demarest vs. W. J. Beirne.

A devolutive appeal cannot be dismissed on the ground that appellant has not complied with an amended order of appeal to furnish an additional bond, whilst a suspensive appeal from such amended order is pending. .

## No. 8409.

Right of the widow in community to execute a mortgage on any specific property of the community whilst the succession of her husband is under administration. The question considered under the peculiar circumstances of this case.

## No. 9017.
### Succession of Edward Burke.

This case presents only questions of fact.

## No. 8920.
### Joseph C. Howard et al. vs. John L. Sterry.

This case presents only questions of fact.

## No. 9013.
### J. H. Oglesby and J. Cassard vs. New Orleans Gas Light Company.

A judgment conclusively affects only those who are parties thereto.

The plea of *res judicata* cannot prevail where the demand is not the same and the judgment is different, though the parties be identically the same.

## No. 9014.
### George E. Sears et al. vs. Same Defendant.

This case is similar to the one just preceding.

## No. 9178.
### The State of Louisiana vs. Harry J. Elsie.

Where the transcript contains no motion to quash, no bill of exception, no motion in arrest and no assignment of errors, and the proceedings appear to have been regularly conducted, the judgment will not be disturbed in a criminal case.

## No. 8921.
### M. Scooler vs. J. H. French et als.

Claims for damages clearly asserted to give the Supreme Court jurisdiction. Appeal dismissed.

## No. 9188.
### The State of Louisiana vs. Charles Kirby.

Right of Assistant District Attorney in the Parish of Orleans to institute criminal proceedings, affirmed.